1. Sandra Andre-Gollihar  PRO SE

2. 1353 E. North Street

3. Manteca, CA  95336

4. 209/823-3447

**FILED**

NOV 3 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5.                 IN THE UNITED STATES DISTRICT COURT FOR

6.                 THE EASTERN DISTRICT OF CALIFORNIA

7. Sandra Andre-Gollihar  PRO SE

**2** 0 9 - **CV** - 3 3 1 3 MCE GGH PS

8.         Plaintiff

Case Number:_____

9.    Vs.

10. COUNTY OF SAN JOAQUIN;SAN
     JOAQUIN COUNTY SHERIFFS

12. DEPARTMENT; STATE OF
     CALIFORNIA;CALIFORNIA STATE

13. DEPARTMENT OF CORECTIONS AND
     REHABILITATION,

14.         Defendant(s)         **COMPLAINT & CLAIM**

15. _____/

16. TO COUNTY OF SAN JOAQUIN, SAN JOUQUIN COUNTY SHERIFF'S DEPARTMENT;

17. STATE OF CALIFORNIA; CALIFORNIA STATE DEPARTMENT OF CORRECTIONS AND

18. REHABILITATION:

19.     You are hereby notified that Sandra Andre-Gollihar who's address is 1353 E. North Street, Manteca.

21. CA  95336, claims damages and  justice from the COUNTY OF SAN JOAQUIN; SAN JOAQUIN COUNTY

     SHERIFF'S DEPARTMENT, STATE OF CALIFORNIA; CALIFORNIA STATE DEPARTMENT OF

     CORRECTIONS AND REHABILITATION.  Notices concerning this Complaint should be sent to Plaintiff  and

     Claimant  at 1353 E. North Street, Manteca, CA  95336.

22.     This Complaint  arises from an incident that occurred on or about January 21, 2008.  On  that

23. Date CASEY GOLLIHAR, the son of Complaintant on whom she was dependent, was shot and killed with

24. excessive force and wrongful death, by an employee or agent of the SAN JOAQUIN COUNTY SHERIFF'S

1

1. DEPARTMENT ACTING under color of law and pursuant to his employment and authority as a police officer.

2. Complainants' are informed and believe that the shooting of Decedent was unjustified and constituted the use

3. Of excessive force and or was otherwise tortuous conduct by an agent, employee, or representative of

   Defendant COUNTY OF SAN JOAQUIN and the SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT.

4. Complainants are further informed and belief that the employees of the STATE OF CALIFORNIA

   DEPARTMENT FOR CORECTIONS AND REHABILITATION had wrongfully and without justification issued a

5. Warrant for the arrest of Decedent  and notified various law enforcement agencies and the general public that

6. Decedent was a fugitive, "armed and dangerous," or otherwise posed a safety risk to law enforcement

7. personnel and the public, which actions were a legal cause of the death of CASEY GOLLIHAR.

8.     Claimant is informed and believe and thereon allege that each of the entities against which this complaint

9. Is made is legally responsible for the death of Decedent CASEY GOLLIHAR.  The names of the individual for

   the public employees  responsible  for causing complainants damages known to complainants at this time

10. Include ROBERT SEMILLO ( San Joaquin County Sheriffs Department);  Ms. Brisceno and Mr. Carter (State of

    California Department of Corrections and Rehabilitation);

11. As a proximate result of the negligent and/or intentional conduct of the government entities and/or it's

    employees as alleged above;  Complainant suffered the wrongful death of CASEY GOLLIHAR and damages

    arising therefrom.

12.     The amount of complainant's claim is unlimited  in dollar amount  and within the jurisdiction of the UNITED

    STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, Unlimited Jurisdiction.

13.     All notices or other communications with regard to this complaint should be sent to:  Sandra Andre-

    Gollihar, 1353 E. North Street; Manteca, CA   95336; 209/823-3447.

14. DATED: October _22_, 2009.


SIGNATURE_Sandra Andre-Gollihar_ Telephone #: 209/823-3447

PRO SE

2

# EASTERN UNITED STATES DISTRICT COURT

_____Eastern_____District of _____California_____.

Sandra Andre-Gollihar   PRO SE

SUMMONS IN A CIVIL CASE

V.

**2** 0 9 - **N** - **3** 3 1 3 MCE GGH

COUNTY OF SAN JOAQUIN, SAN          CASE NUMBER:_____
JOAQUIN COUNTY SHERIFFS            Claim for Damages; and Complaint
DEPARTMENT, STATE OF CALIFORNIA    Government Code Section (910.et seq.)
STATE DEPARTMENT OF CORRECTIONS
AND REHABILITATION

TO: (Name and Address of Defendant)

COUNTY OF SAN JOAQUIN, SAN
JOAQUIN COUNTY SHERIFFS
DEPARTMENT, STATE OF CALIFORNIA,
STATE DEPARTMENT OF CORRECTIONS
AND REHABILITATION

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S
ATTORNEY  (name and address)

Sandra Andre-Gollihar   PRO SE
1353 E. North Street
Manteca, CA  95336
209/823-3447

An answer to the complaint which is served on you with this summons, within
_____10_____ _
days after service of this summons on you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint. Any
answer that you serve on the parties to this action must be filed with the Clerk of this Court within
a reasonable period of time after service.

_____

CLERK _____          DATE: _____

(By)DEPUTY CLERK: _____

Attachment 3