# UNITED STATES DISTRICT COURT

FILED
NOV 30 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

__Eastern__ District of __California__

Plaintiff: __Sandra Andre-Gollihar__ PRO-SE

v.

Defendant: __County of San Joaquin; San Joaquin County Sheriff's Department; State of California; California State Department of Corrections and Rehabilitation.__

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:09-CV-3313 MCE GGH PS

I, __Sandra Andre-Gollihar__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? __N/A__   Do you receive any payment from the __N/A__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  __1998__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☐ No
   b. Rent payments, interest or dividends              ☒ Yes   ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☐ No
   d. Disability or workers compensation payments       ☒ Yes   ☐ No
   e. Gifts or inheritances                             ☐ Yes   ☐ No
   f. Any other sources                                 ☐ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Attachment 4

AO 240 Reverse (Rev. 9/96)

① Rent Payments: Section 8 Housing Authority
② Disability - Social Security Disability since 2000
   ① Partial Rent - each month for almost 6 yrs - expect continuance upon renewal each year
   ② Monthly Social Security Disability - $912.60 each month + Medical
      A - Medical 1st insurance
      B - Medical 2nd insurance
     (Liver Transplant this year Feb 4-2009)
     Expecting 1 more surgery next month
③ Food Stamps - $169 each month

4. Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount. On the 3rd each month Auto-Deposit from Social Security Disability - 912.60

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.
   1991 - GEO PRISM Automobile - $50.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   N/A

I declare under penalty of perjury that the above information is true and correct.

11-04-2009             Sandra Andre-Geiller PRO SE
Date                                 Signature of Applicant
                           Telephone: 209/823-3447

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM**
*(Request for Permission to Proceed In Forma Pauperis)*
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035
1-800-955-0045 • www.governmentclaims.ca.gov

State of California

For Office Use Only
Claim No.:

I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.

Claimant Information  Gallihow, Andre - Snoopy

① Last name   First Name   MI
② Tel: 209-823-3447
③ Claim Number (if known)  Not Known

**Employment Information**

④ My occupation: Retired Disabled
My employer: Social Security Disability
Employer's Mailing Address: N/A   City   State   Zip
My spouse's or partner's employer: N/A
Employer's Mailing Address   City   State   Zip

⑤ If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance enter your inmate identification number below and skip to step ㉓
Inmate Identification Number: N/A

**Financial Information**

⑥ I am receiving financial assistance from one or more of the following programs  ☒ Yes  ☐ No
If no, proceed to step ⑦ If yes, check all that apply, then skip to step ㉔.
☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act
☒ Food Stamps 16.00 a month   & Social Security Disability
☐ County Relief, General Relief (GR), or General Assistance (GA)

⑦ Number in my household and my gross monthly household income, if it is the following amount or less

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| A ☒ | 1 | $969.79 | F ☐ | 6 | $2,626.04 |
| B ☐ | 2 | $1,301.04 | G ☐ | 7 | $2,957.29 |
| C ☐ | 3 | $1,632.29 | H ☐ | 8 | $3,288.54 |
| D ☐ | 4 | $1,963.54 | I ☐ | There are more than 8 people in my family |
| E ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person |

Number: 1   Total Income: 1095.20

If you checked a box in step ⑦ A through I, complete steps ⑨ through ⑮ Then skip to step ㉔.

⑧ My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee   ☐ Yes  ☒ No
If yes, fill in steps ⑨ through ㉔.

**Monthly Income and Expenses**

| | | | | | |
|---|---|---|---|---|---|
| 9 | My gross monthly pay is: | $912.60 | 10 | My income changes each month: ☐ Yes ☒ No | |
| 11 | Number of persons living in my home: | —0— | | 12 Other money I get each month | |

| | Name | Age | Relationship | Monthly Income | | Source: | |
|---|---|---|---|---|---|---|---|
| A | Sandra Andre | 63 | Self | $912.60 | A | Social Security | $ |
| B | Gollihar | | | $ | B | Disability | $ |
| C | | | | $ | C | | $ |
| D | | | | $ | D | | $ |
| E | | | | $ | E | | $ |
| F | | | | $ | F | | $ |

| | | | | | |
|---|---|---|---|---|---|
| 15 | My total gross monthly household income: | $ 0.00 | 13 | Total other money: | $ 0.00 |
| 16 | My payroll deductions are: | | 14 | My monthly income: | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| A | | $ | E | | $ |
| B | | $ | F | | $ |
| C | | $ | G | | $ |
| D | | $ | H | | $ |

| | | | |
|---|---|---|---|
| 17 | My total payroll deduction amount is: | | $ 0.00 |
| 18 | My monthly take home pay is | $ 0.00 | 19 My net monthly income: $ 0.00 |

20 I own or have interest in the following property:

| A | Cash | $ 0 | C | Cars, other vehicles, and boats (List make and year) |
|---|---|---|---|---|
| B | Checking and savings (List banks): | | | |

| | Property | Value | Loan Balance |
|---|---|---|---|
| 1) Washington Mutual $30.00 | 1) 91' GEO | $ — | $ |
| 2) (1811503093) $ | 2) | $ | $ |
| 3) (now chase bank) $ | 3) | $ | $ |
| 4) $ | D Real estate (List addresses) | | |
| | 1) | $ | $ |
| | 2) | $ — | $ — |

21 My monthly expenses are:

| A | Rent or house payment (850.00) | $155.20 | J | Installment payments (specify) | |
|---|---|---|---|---|---|
| B | Food and household supplies | $200.00 | 1) | | $ |
| C | Utilities and telephone | $106.00 | 2) | N/A | $ |
| D | Clothing | $ — | 3) | | $ |
| E | Laundry and cleaning | $25.00 | Total installment payments: | | $ 0.00 |
| F | Medical and dental RX Copymts | $80.00 | K | Wage assignment or withholdings | $ |
| G | Insurance | $89.32 | L | Spousal or child support | $ —0— |
| H | School, child care | $ —0— | M | Other: Medical copays & eyeglasses | |
| I | Transportation and auto expenses (GAS) | $80.00 | 1) Transmission | $400.00 | |
| | | | 2) Tires | $200.00 | |
| | | | Total other expenses: APPROX. | $600.00+ | |
| | | | Total monthly expenses: APPROX. | $935.00 | |

22 |
23 I have attached other information that supports this application on a separate sheet.  ☐ Yes ☒ No

**Signature Section**

24 I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.

Signature of Claimant: *Sandra Andre Gollihar*    Date: 10-21-09

Phone # 209-823-3447

VCGCB-GC-0010 8/04