EASTERN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 30 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

November 9, 2009

To: Honorable Judge _____
Subject: Filing of Case's: 209-W-3313 MCE GG1 PS

I would like to request that a Pro Bono Attorney be appointed for this case.

Any money's awarded to these cases; expenses would be paid first to the attorney for his fees to be determined, and then the regular expenses for the case.

Should the case be that monetary awards will be awarded; all monies will be put into Trusts, for each person. Details to be determined.

Today's filing is for Casey Gollihar's daughter, Catherine Belle Gollihar, and for me, Sandra Andre – Gollihar, mother. The deceased, Casey Gollihar was my paid health caretaker.

I would like Anthony Joseph Gollihar, and Casey Joseph Gollihar to be added to this filing, these are Casey Gollihar's (deceased) sons; the boy's mother does not want to do this herself. I understand you must give me permission to do so.

In the event of my Death or hospitalizations, Mrs. Patricia Gollihar will be taking over for me in the handling of this case with the Attorney. Mrs. Patricia Gollihar is the Step-mother of the deceased, Casey Gollihar, and has been working with me, since Casey Gollihar was deceased.

Thank you for the opportunity to make these requests with my filings, and appreciate your time and consideration in determining your decisions.

Best regards,

*Sandra Andre - Gollihar*

Sandra Andre – Gollihar   Pro Se
1353 E. North Street
Manteca, CA   95336
209/823-3447


CC: Mrs. Patricia Gollihar
SA:sa
11/10/2009letter-oo1

Beth M. Theis
120 W. Garrett St.
Louisville, KY 40214


November 22, 2009

Re: Filing of Lawsuit

To Whom It May Concern:

I, Beth M. Theis give my permission for Sandra Andre Gollihar, plaintiff and Grandmother to my daughter, Catherine Belle Gollihar to file this Civil lawsuit on behalf of her regarding the death of deceased Casey Gollihar, her father.


Please consider it my official notice of agreement.


Thank you for your understanding in this matter.

Sincerely;

*[signature: Beth M. Theis]*

Beth M. Theis