IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA ANDRE-GOLLIHAR,

        Plaintiff,                                  No. CIV-S-09-3313-MCE-KJN-PS

    vs.

COUNTY OF SAN JOAQUIN, et al.,

                                          ORDER

        Defendants.

_____/

        On April 6, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes that any findings of fact are correct. See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

////

1

1. The Proposed Findings and Recommendations filed April 6, 2010, are ADOPTED; and

2. Plaintiff's claims are dismissed with prejudice as to defendants State of California and the California Department of Corrections and Rehabilitation and they are dismissed from this action.

Dated: May 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE