IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA ANDRE-GOLLIHAR,

      Plaintiffs,                    No. 2:09-cv-03313 MCE KJN PS

      v.

ROBERT SEMILLO, an individual, et al.,

      Defendants.             <u>ORDER</u>

_____/

      This matter proceeds before the undersigned magistrate judge because plaintiff Sandra Andre-Gollihar, the only plaintiff appropriately named in this action,[1] was, until recently, proceeding without counsel. See E. Dist. Local Rule 302(c)(21). On March 22, 2011, Ms. Andre-Gollihar filed, with leave of court, a Second Amended Complaint (Dkt. No. 37) through an attorney who now represents her, Mr. Francis J. Shehadeh.[2] Also on March 22, 2011, plaintiff Catherine Belle Gollihar, a minor, filed an amended petition to appoint a guardian ad litem, through Mr. Shehadeh, to represent her in this case. (See Dkt. No. 39.) Because plaintiffs are

---

[1] In connection with the screening of plaintiff's original complaint, the undersigned denied plaintiff's request to add three minor plaintiffs to this action because those minors were not represented by counsel. (See Order & Findings and Recommendations, Apr. 7, 2010, at 6-8, Dkt. No. 6; see also Order, Jan. 25, 2011, at 4, Dkt. No. 34.)

[2] The undesigned approved the proposed substitution of attorney by separate order.

1

now represented by counsel, pretrial matters, other than discovery motions and other matters appropriately referred to the undersigned under the court's Local Rules, should now be noticed before the United States District Judge assigned to this action. See E. Dist. Local Rule 302(c)(21).

Accordingly, IT IS HEREBY ORDERED that:

1. This matter, including the amended petition to appoint a guardian ad litem for plaintiff Catherine Belle Gollihar, is referred to the United States District Judge assigned to this action. E. Dist. Local Rule 302(c)(21).

2. All dates pending before the undersigned are vacated.

3. Henceforth the caption on documents filed in this action shall be No. 2:09-cv-03313 MCE KJN.

IT IS SO ORDERED.

DATED: March 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2