UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ANDRE-GOLLIHAR, in her individual capacity; et al., | No. 2:09-cv-03313-MCE-KJN |
| Plaintiffs, | |
| v. | ORDER APPOINTING PLAINTIFF SANDRA ANDRE-GOLLIHAR AS |
| ROBERT SEMILLO, an individual; et al., | PLAINTIFF CATHERINE BELLE GOLLIHAR'S GUARDIAN AD LITEM |
| Defendants. | |

----oo0oo----

Presently before the Court is a Petition filed on behalf of Sandra Andre-Gollihar, grandmother of minor Plaintiff Catherine Belle Gollihar, requesting that she be appointed Guardian ad Litem for Catherine Belle Gollihar in the above-entitled action.[1]

---

[1] Although the caption of Plaintiffs' Complaint indicates that Sandra Andre-Gollihar intends to serve as Guardian ad Litem for the other two minor Plaintiffs, Anthony Joseph Gollihar and Casey Joseph Gollihar, the present Petition is made on behalf of Catherine Belle Gollihar, only. The Court's docket does not reflect that Sandra Andre-Gollihar has yet been appointed Guardian ad litem for either remaining minor.

1

Attached to the Petition is written consent to said appointment from Catherine Belle Gollihar's mother and general guardian, Beth M. Theis.

No opposition to the instant Petition has been satisfied. Statements of Non-Opposition have been filed on behalf of Defendants County of San Joaquin, Robert Semillo, Marty Briseno and Jeffrey Carter.

Following its review of the Petition along with the responses thereto, and good cause appearing therefor, the Court grants Sandra Andre-Gollihar's Petition for Appointment of Guardian ad Litem for Catherine Belle Gollihar (ECF No. 39).[2]

IT IS SO ORDERED.

Dated: May 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).