UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ANDRE-GOLLIHAR, et al., | No. 2:09-cv-03313-MCE-KJN |
| Plaintiffs, | |
| v. | **ORDER** |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

By Order filed December 20, 2012 (ECF No. 74), this Court set aside the judgment in this matter previously entered against Plaintiff on June 19, 2012 (ECF No. 70). In addition to that set aside, the Court further issued an order to show cause as to why Plaintiff's counsel, Francis Shehadeh, should not be sanctioned for failing to comply with court orders and for unnecessarily duplicating these proceedings. A hearing on the order to show cause was set for January 10, 2013, and Shehadeh was ordered to file a written response to the order to show cause not later than seven (7) days prior to the hearing date. Shehadeh has filed nothing and thus has again disregarded an express order of this Court.

Given Shehadeh's failure to respond, as well as the shortcomings already detailed in the Court's Order of December 20, 2012, sanctions are imposed against Francis Shehadeh, personally, in the amount of $1,500.00.

1

1  That sanction shall be paid to the Clerk of Court not later than fourteen (14) days
2  following the date of this Order.  In addition, since the sanctions issued are in excess of
3  $1,000.00, Shehadeh is ordered to report this matter to the State Bar of California.
4       Francis Shehadeh's conduct herein also compels the Court to terminate his
5  representation of Plaintiff.  Shehadeh is consequently terminated as counsel of record,
6  effective immediately.  Since that termination leaves Plaintiff representing herself in
7  pro se, Plaintiff shall notify the Court not later than sixty (60) days following the date of
8  this order as to whether she has been successful in retaining new counsel.  In order to
9  afford Plaintiff that opportunity, in the meantime, Defendants are directed to refrain from
10 renewing any motion to dismiss or other dispositive motion in this matter.
11      Given the foregoing, the **January 10, 2013** hearing in this matter is hereby
12 **vacated**.
13      IT IS SO ORDERED.

Dated: January 9, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT