UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ANDRE-GOLLIHAR, et al., | No. 2:09-cv-3313-TLN-KJN PS |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

On July 26, 2013, the magistrate judge filed findings and recommendations (ECF No. 89), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.

Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 89) are ADOPTED.

2. Any claims by the minor plaintiffs (Catherine Belle Gollihar, Anthony Joseph

1

Gollihar, and Casey Joseph Gollihar) are DISMISSED WITHOUT PREJUDICE.

    3. Any claim against the California Department of Corrections and Rehabilitation is DISMISSED WITH PREJUDICE.

Dated: October 2, 2013

                                Troy L. Nunley
                                United States District Judge